IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JUANITA KAY VOSHELL,<br><br>Defendant. | CR 24-24-BU-DLC<br><br><br>ORDER |

Pending before the Court is the unopposed motion of the Defendant to appear remotely for Defendant's arraignment scheduled for December 12, 2024 at 2:30 p.m. For good cause shown,

IT IS ORDERED that the motion to appear remotely is GRANTED. Defendant may appear via Zoom at the hearing. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.

//

**Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 9th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge