IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA KAY VOSHELL,<br><br>Defendant. | CR 24–24–BU–DLC<br><br><br><br>ORDER |

    Before the Court is the United States' Unopposed Motion to Dismiss Indictment without Prejudice. (Doc. 27.) The United States does not believe that it is in the interest of justice to proceed to trial on the Indictment at this time.

    Accordingly, IT IS ORDERED that the Motion (Doc. 27) is GRANTED. The Indictment (Doc. 1) is dismissed without prejudice.

    IT IS FURTHER ORDERED that the Motion to Suppress (Doc. 21) is dismissed as moot and the hearing scheduled for April 22, 2025, and all associated deadlines, are vacated.

    DATED this 14th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1